**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Christian Towner

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN TOWNER,** | **Case No.:** 17-cv-595 W (KSC) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | **HON. THOMAS J. WHELAN** |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff CHRISTIAN TOWNER ("Plaintiff") and Defendant MIDLAND CREDIT MANAGEMENT, INC. ("Defendant") has been resolved in its entirety. The Parties anticipate filing a Joint Stipulation to Dismiss this Action with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 26, 2018 for filing a Joint Dismissal.

Date: February 26, 2018                                **KAZEROUNI LAW GROUP, APC**

                                                        By:  /s Matthew M. Loker
                                                             MATTHEW M. LOKER, ESQ.
                                                             ATTORNEY FOR PLAINTIFF