**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
Elizabeth A. Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Christian Towner

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TOWNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　Defendant. | Case No.: 17-cv-595 W (KSC)<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>HON. THOMAS J. WHELAN |

///
///
///
///

Plaintiff CHRISTIAN TOWNER ("Plaintiff"), and Defendant MIDLAND CREDIT MANAGEMENT, INC., ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal of this Action pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.

Plaintiff and Defendant hereby jointly move to dismiss this action WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Dated: April 23, 2018                                   Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:      /s Matthew M. Loker
         MATTHEW M. LOKER, ESQ.
         ATTORNEY FOR PLAINTIFF

**SOLOMON WARD SEIDENWURM & SMITH LLP**

By:      /s Leah S. Strickland
         LEAH S. STRICKLAND, ESQ.
         ATTORNEY FOR DEFENDANT

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to defense counsel and that I have obtained defense counsel's authorization to affix defense counsel's electronic signatures to this document.

Date: April 23, 2018                                   KAZEROUNI LAW GROUP, APC

By:      /s Matthew M. Loker
         MATTHEW M. LOKER, ESQ.
         ATTORNEY FOR PLAINTIFF

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On April 23, 2018, I served the within document(s):

JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)

- ☐ E-MAIL - by transmitting via e-mail the document(s) listed above to the e-mail address(es) listed below on this date before 11:59 p.m.

- ☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth above.

- ☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via.

- ☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 23, 2018, at Costa Mesa, California.

/s Matthew M. Loker, Esq.
MATTHEW M. LOKER, ESQ.

**Case No.: 17-cv-595 W (KSC)**                    *Towner v. Midland Credit Management, Inc.*
**PROOF OF SERVICE**