# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TOWNER,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　　　　　　Defendant. | Case No.: 17-CV-0595 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 13]** |

   Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 15] and **DISMISSES** this case **WITH PREJUDICE**. Each party shall bear its own costs and attorney's fees.

   **IT IS SO ORDERED**.

Dated: May 7, 2018

_____
Hon. Thomas J. Whelan
United States District Judge

1

17-CV-0595 W (KSC)